[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-11911

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 8, 2010
JOHN LEY
ACTING CLERK

D. C. Docket No. 01-01412-CV-J-32HTS

DARRYL ARNOLD,

Petitioner-Appellee,

versus

SECRETARY, DEPARTMENT OF CORRECTIONS,
FLORIDA ATTORNEY GENERAL,

Respondents-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 8, 2010)

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

The government appeals the district court's grant of habeas corpus to Darryl

Arnold. We adopt the thorough and well-reasoned opinion of the district court in

Arnold v. McNeil, 622 F. Supp. 2d 1294 (M.D. Fla. 2009).

**AFFIRMED**.